

# GELBER + SANTILLO

September 19, 2023

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-23

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Midence Oqueli Martinez Turcios*
      Crim. No. 18-499 (LAK)

Dear Judge Kaplan:

    I have been appointed by the Court as CJA counsel to Defendant Midence Oqueli Martinez Turcios in the above-captioned matter. I write to request that the Court authorize associate counsel Sarah A. Sulkowski to assist me in the defense of Mr. Martinez Turcio's case for up to 150 hours, *nunc pro tunc*, to the date of my appointment on March 31, 2023. I further request that the Court authorize her compensation at a rate of $110 per hour, as she is employed full-time at my firm,

    Mr. Martinez Turcios is charged with cocaine importation conspiracy in violation of 21 U.S.C. §§ 959 and 963 and 18 U.S.C. § 3238, which carries a mandatory minimum sentence of 10 years; possession of machineguns and destructive devices in furtherance of a drug trafficking crime in violation of 18 U.S.C. §§ 924(c), 3238, and 2, which carries a mandatory minimum sentence of 30 years; and conspiracy to possess machineguns and other destructive devices in violation of 18 U.S.C. §§ 924(o) and 3238, which carries a maximum potential sentence of life imprisonment. Although Mr. Martinez Turcios is the only defendant indicted under this docket number, numerous other defendants have been charged in related cases, including defendants whose cases are more advanced and have proceeded to trial involving witnesses whose testimony the government may also seek to introduce against Mr. Martinez Turcios. *See, e.g.*, Crim. No. 15-379 (PKC) (11 defendant indictment); Crim. No. 18-497 (DLC) (3 defendant indictment). Accordingly, Ms. Sulkowski's assistance is needed to help review not only the discovery related to Mr. Martinez Turcios's case, but also the transcripts and discovery related to these other cases.

    Moreover, in July and August 2023, the government produced voluminous discovery materials to the defense, including, *inter alia*:

- Social media and iCloud search warrant and subpoena returns totaling nearly 100,000 pages;
- More than 50,000 pages of DEA documents;
- More than 3,000 pages of bank records;

Gelber & Santillo PLLC, 52 Duane Street, 7th Floor, New York, NY 10007
Tel: 212-227-4743 Fax: 212-227-7371

Hon. Lewis A. Kaplan
September 19, 2023

Page 2

- More than 2,000 pages of trial records from related cases;
- Thousands of pages of recorded jail calls and wiretap returns; and
- Multiple cell-phone extractions

A comprehensive review of these materials will also require extensive assistance from associate counsel.

Finally, much of the discovery in this case is in Spanish, and counsel must review the discovery with Mr. Martinez Turcios, who only speaks Spanish, with a translator at the MDC. Ms. Sulkowski's assistance is needed to help meet with Mr. Martinez Turcios to review the voluminous discovery, which takes extra time as the assistance of a translator is necessary.

Ms. Sulkowski is a skilled attorney and an experienced criminal practitioner. She is a graduate of the University of Chicago Law School and was admitted to practice law in New York in 2013. In addition to years of experience in private practice, Ms. Sulkowski clerked in the Southern District of Texas and the Sixth Circuit U.S. Court of Appeals and was a prosecutor in the Criminal Division of the U.S. Attorney's Office for the District of New Jersey for four years. Although Ms. Sulkowski is a skilled attorney, I will closely supervise her work with regard to Mr. Martinez Turcios's defense.

For these reasons, I respectfully request the Court's authorization to permit Ms. Sulkowski to assist me in the defense of this case.

Dated: New York, New York
September 19, 2023

Respectfully submitted,

GELBER & SANTILLO PLLC

By:   /s/ Kristen M. Santillo
Kristen M. Santillo
52 Duane Street, 7th Floor
New York, NY 10007
Phone: (212) 227-4743
Email: ksantillo@gelbersantillo.com

*Counsel for Defendant*

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/20/23