Case 1:18-cr-00499-LAK   Document 31   Filed 08/12/24

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :       **ORDER**
                                    :
MIDENCE OQUELI MARTINEZ TURCIOS,    :
                                    :       18 Cr. 499 (LAK)
            Defendant.              :
                                    :
------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Jennifer Willis on August 9, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          August 12 , 2024

                                    /s/ Lewis A. Kaplan
                                    _____
                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK