UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

18-cr-0499 (LAK)

MIDENCE OQUELI MARTINEZ TURCIOS,

    Defendant.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    The government's request that the Court receive into the *Fatico* hearing record the relevant Section 3500 material for other cooperating witnesses who have provided information about the defendant's involvement in the disputed acts of violance and drug trafficking conduct at issue is GRANTED.

    SO ORDERED.

Dated:    February 11, 2025

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge